**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ROLAND STOCK, LLC AND EDWIN L. STOCK, | : | No. 465 MAL 2017 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| HOUSING AUTHORITY OF THE COUNTY OF BERKS, | : | |
| | : | |
| Petitioner | : | |
| ROLAND STOCK, LLC AND EDWIN L. STOCK, | : | No. 466 MAL 2017 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| HOUSING AUTHORITY OF THE COUNTY OF BERKS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.